No. 282, Misc.  PUTNAM *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 286, Misc.  BARDELL *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 289, Misc.  BALDRIDGE *v.* KANE COUNTY CIRCUIT COURT ET AL.  Supreme Court of Illinois.  Certiorari denied.

No. 292, Misc.  HABERMANN *v.* MARTIN, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 407.  KROSS *v.* CALIFORNIA, *ante,* p. 908;
No. 447.  CROSS *v.* TUSTIN ET AL., *ante,* p. 900; and
No. 455.  NORTHERN PACIFIC RAILWAY CO. ET AL. *v.* MONTANA ET AL., *ante,* p. 905.  Petitions for rehearing denied.

No. 197.  UNITED STATES *v.* WILSON, DOING BUSINESS AS COOPERATIVE BUYING SERVICE; and
No. 198.  UNITED STATES *v.* PURCHASING CORPORATION OF AMERICA ET AL.

Argued January 5–6, 1953.  Decided February 2, 1953.  *Per Curiam:* The judgments are affirmed.  MR. JUSTICE DOUGLAS and MR. JUSTICE BURTON dissent. MR. JUSTICE CLARK took no part in the consideration or decision of these cases.  *John F. Davis* argued the cause for the United States.  With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General*